UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO, | No. 2:19-cv-01152-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| CHARLES PAUL BRENNAN dba ROUND TABLE PIZZA STORE # 308, et al., | |
| Defendants. | |

On February 26, 2020, the court issued a minute order, ECF No. 13, ordering the parties to promptly meet and confer to discuss settlement, and if informal settlement of the case was not possible, to initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP"). The parties were ordered to file a joint statement updating the court as to the status of settlement negotiations within fourteen (14) days of the minute order. The court notes plaintiff's counsel Daniel Malakauskas has missed deadlines in other cases pending before the undersigned, and has offered brief statements of contrition and apology, but little in the way of explanation.

The fourteen days have passed, and the parties have not filed the joint statement as required. Each counsel is now ORDERED to show cause within seven (7) days why he or she should not be sanctioned $250 or have the case dismissed for failure to prosecute.

IT IS SO ORDERED

Dated: March 19, 2020.

CHIEF UNITED STATES DISTRICT JUDGE